The People of the State of New York, Respondent, v. Julius Weiss, Appellant.— Motion denied, without costs.    Present — Jenks, Burr, Thomas, Rich and Miller, JJ.